FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2018

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

LINDA FIGUEROA,

       Plaintiff,

       v.

COMMISSIONER OF SOCIAL

SECURITY,

       Defendant.

NO. 1:17-CV-03141-SAB

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

    Before the Court is the parties' Stipulated Motion for Remand, ECF No. 25. The parties stipulate that the above-captioned case be reversed and remanded for further administrative proceedings, including a *de novo* hearing pursuant to 42 U.S.C. § 405(g). The parties further agree that reasonable attorney fees should be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

    Accordingly, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion for Remand, ECF No. 25, is **GRANTED**.

    2. The decision denying benefits is **REVERSED** and **REMANDED** for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall further develop the record, update the medical records, and issue a new decision. The ALJ shall also:

**ORDER GRANTING STIPULATED MOTION FOR REMAND ^ 1**

- Reevaluate the medical evidence of record, including the opinion evidence from Wendy Wachsmuth Ph.D., Phyllis Sanchez Ph.D., ARNP Joanna Kass, and the State agency physicians;
- Obtain evidence from a medical expert with expertise in psychology or psychiatry;
- Reevaluate Plaintiff's residual functional capacity; and
- Reassess the remaining steps of the sequential evaluation process, obtaining supplemental vocational expert testimony.

3. This remand is made pursuant to 42 U.S.C. § 405(g).

4. Plaintiff's Motion for Summary Judgment, ECF No. 14, is **DISMISSED as moot**.

5. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter judgment, and close this file.

**DATED** this 28th day of February 2018.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND ^ 2**