# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 28, 2018**

SEAN F. McAVOY, CLERK

LINDA FIGUEROA,

    *Plaintiff*

v.    Civil Action No. 1:17-cv-03141-SAB

COMMISSIONER OF SOCIAL SECURITY,

    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Remand, ECF No. 25, is GRANTED and the decision denying benefits is REVERSED and REMANDED for further administrative proceedings pursuant to 42 U.S.C. § 405(g).
Plaintiff's Motion for Summary Judgment, ECF No. 14, is DISMISSED as moot; and
Judgment entered in favor of Plaintiff and against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a stipulated motion for remand, ECF No. 25.

Date: 02/28/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
    *(By) Deputy Clerk*

Allison Yates